UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cr-00099-JPH-DLP ) |
| OMOLARA ARUBUOLA<br>    a/k/a OMOLARA ARUBUOLA-AKINDURO<br>    a/k/a OMOLARA ARIBIDESI, | ) ) ) ) ) -01 |
| Defendant. | ) ) |

## ORDER

The government has filed an unopposed motion to correct scrivener's errors in the indictment. Dkt. [28]. For the reasons in the motion, that motion is **GRANTED**. *See United States v. Corrigan*, 912 F.3d 422, 428 (7th Cir. 2019) (finding no error in a pretrial amendment that corrected typographical errors, including the identity of a victim of one of the counts).

The Court therefore **ORDERS** that the words "instructed Victim 1 to" be removed from the text of Paragraph 12 of the Indictment and replaced with the word "did," and that the word "weeks" be removed from the text of Paragraph 17(a) of the Indictment and replaced with the word "years."

The government **SHALL FILE** the amended indictment as a separate docket entry.

**SO ORDERED.**

Date: 5/11/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org

MaryAnn Totino Mindrum
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
maryann.mindrum@usdoj.gov